# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

Bridget M. McCormack,
Chief Justice

161470

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JEFFREY FRIED and NANCY GUCWA,
Co-Guardians of MARK MARUSZA, LIP,
　　　　　Plaintiffs-Appellees,

v

SC: 161470
COA: 348269
Wayne CC: 17-015791-NO

DONNA PARHAM SANDERS and ACCIDENT
FUND INSURANCE COMPANY OF AMERICA,
　　　　　Defendants-Appellants.

_____/

　　　　On order of the Court, the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

　　　　CAVANAGH, J., did not participate because of her prior involvement in this case.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



a0222

Clerk